| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 4:09CR00733 HEA |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 12-CR-30243-MJR |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: William L. Foster ~~[redacted]~~ East St Louis, IL 62207 | DISTRICT Eastern District of Missouri | | DIVISION |
| | NAME OF SENTENCING JUDGE The Honorable Henry E. Autrey United States District Judge | | |
| | DATES OF **PROBATION**/SUPERVISED RELEASE: | FROM March 14, 2012 | TO March 13, 2017 |
| OFFENSE Conspiracy to Commit Wire Fraud | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 17, 2012
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/12
Effective Date

[signature]
United States District Judge